# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
### FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| CASEY ROSS KINNISON, | ) | CASE NO. 10-10440 |
| ANGIE CHRISTINE KINNISON, | ) | Chapter 7 |
| DEBTOR(S). | ) | |

# NOTICE OF SMALL DIVIDENDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Small Dividends pursuant to FRBP 3010 and 3011.  The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed.  Trustee notes that the following creditor(s) are to receive dividends of less than $5.00:

| CREDITOR | ADDRESS | DIVIDEND |
|---|---|---|
| American Infosource LP as Agent for World Financial Network National Bank as Maurices | P.O. Box 248872 Oklahoma City, OK 73124-8872 | $ 1.82 |
| GE Money Bank | c/o Recovery Management Systems Corporation 25 SE 2nd Ave., Suite 1120 Miami, FL 33131-1605 | $ 2.90 |
| Chase Bank USA, N.A. | c/o Creditors Bankruptcy Service P.O. Box 740933 Dallas, TX 75374 | $ 3.73 |
| Auburn Radiology | c/o Snow & Sauerteig 203 E. Berry St., Suite 1310 Fort Wayne, IN 46802 | $ 0.56 |
| Preferred Anesthesia Consultants | c/o Snow & Sauerteig 203 E. Berry St., Suite 1310 Fort Wayne, IN 46802 | $ 4.75 |

| CREDITOR | ADDRESS | DIVIDEND |
|---|---|---|
| Preferred Anesthesia Consultants | c/o Snow & Sauerteig<br>203 E. Berry St., Suite 1310<br>Fort Wayne, IN 46802 | $ 3.00 |
| | Total | $16.76 |

**WHEREFORE**, Trustee is depositing the total sum of $16.76 with the Clerk of the U.S.

Bankruptcy Court, representing small dividends in the above-referenced bankruptcy case.

**Dated: October 12, 2011**

**Respectfully submitted,**

**CHAPTER 7 TRUSTEE**
**444 EAST MAIN STREET**
**FORT WAYNE, INDIANA 46802**
**TELEPHONE: (260) 426-0444**
**FAX: (260) 422-0274**
**EMAIL: mseifert@hallercolvin.com**

**BY: /s/ Martin E. Seifert_____**
**MARTIN E. SEIFERT**
**I.D. #16857-02**

## <u>CERTIFICATE OF SERVICE</u>

       The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Small Dividends has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 12th day of October, 2011, to:

                    Randall Brian Stiles
                    Stiles Law Office
                    110 West Berry Street
                    Suite 1910
                    Fort Wayne, IN 46802

                    United States Trustee
                    555 One Michiana Square
                    100 East Wayne Street
                    South Bend, Indiana 46601

                    American Infosource LP as Agent for World
                     Financial Network National Bank as Maurices
                    P.O. Box 248872
                    Oklahoma City, OK 73124-8872

                    GE Money Bank
                    c/o Recovery Management Systems Corp.
                    25 SE 2nd Ave., Suite 1120
                    Miami, FL 33131-1605

                    Chase Bank USA, N.A.
                    c/o Creditors Bankruptcy Service
                    P.O. Box 740933
                    Dallas, TX 75374

                    Auburn Radiology
                    c/o Snow & Sauerteig
                    203 E. Berry St., Suite 1310
                    Fort Wayne, IN 46802

Preferred Anesthesia Consultants
c/o Snow & Sauerteig
203 E. Berry St., Suite 1310
Fort Wayne, IN 46802


 /s/ Martin E. Seifert
**MARTIN E. SEIFERT**